IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | MAG NO. 14-0031-M |
| | | Violation No(s):  2685789 |
| JESSICA A. BROWN | : | |

**AMENDED**
**ORDER**

In the Court's Order to Show Cause, dated June 18, 2015 (Doc. 12), the Court stated that Defendant Jessica A. Brown had a remaining balance of $650.00 due by June 26, 2015.  After another review of the file, it was discovered that on April 29, 2015, the Defendant made a $150.00 payment to the Central Violations Bureau (see docket sheet at Doc. 10), thereby leaving a balance of $500.00 due and payable to the Court.

Defendant is again advised that if the remaining balance is not paid in full by June 26, 2015, Defendant is ORDERED to appear before this Court on July 8, 2015, at 9:30 a.m., to show cause why she has not complied with the plea agreement entered in this case. Defendant is warned that if payment is not paid in full or if Defendant does not appear in court on July 8, 2015, an Arrest Warrant will be issued.

DONE this 25th day of June, 2015.

/s/ BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE